UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HEATHER SCHMIDT, M.D.,

Plaintiff,

-vs-

CLIFTON FINE HOSPITAL, ROBERT SEAMON, AND WALTER TODD.,

Defendants.

---

**STIPULATION AND ORDER**

Case No. 18-CV-355 (DNH/DJS)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 0 5 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits and with prejudice, without costs to any party as against the other.

| | |
|---|---|
| Dated: March 4, 2019 | Dated: March 4, 2019 |
| HARRIS BEACH PLLC | THE BARNA LAW FIRM, P.C. |
| s/Daniel J. Moore | s/James F. Barna |
| Daniel J. Moore | James F. Barna |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| 99 Garnsey Road | Clovernook |
| Pittsford, New York 14534 | 9 Rippleton Road |
| Telephone: (585) 419-8800 | Cazenovia, New York 13035 |
| Fax:        (585) 419-8817 | Telephone: (315) 440-6950 |
| E-Mail: dmoore@harrisbeach.com | E-Mail: jbarna1@twcny.rr.com |

SO-ORDERED

_____
HON. DAVID N. HURD
United States District Judge
Date: March 5, 2019

HARRIS BEACH
ATTORNEYS AT LAW